### LITTLE *v.* SPARKS, judge.

BY THE COURT.    When a trial judge refused to certify a bill of exceptions on the ground, among others, that it embraced matter which in his opinion was unnecessary and irrelevant, and when, on the hearing in this court of a mandamus sued out with a view to obtaining an order compelling the judge to certify such bill of exceptions, it appears that the matter in question was of the nature above indicated, the mandamus will not be made absolute.

*Mandamus absolute denied.    All the Justices concurring.*

Submitted October 13, — Decided November 26, 1900.

Application for mandamus.    *Max Isaac*, for movant.

---

### JONES *v.* THE STATE.

LITTLE, J.    There was no error in the admission of evidence of which complaint is made ; the guilt of the accused was clearly and legally established, and the court committed no error in overruling the motion for a new trial.

*Judgment affirmed.    All the Justices concurring, except Lewis, J., absent.*

Submitted October 17, — Decided November 27, 1900.

Indictment for larceny.    Before Judge Russell.    Clarke superior court.    July 26, 1900.

*George C. Thomas*, for plaintiff in error.
*Charles H. Brand, solicitor-general*, contra.